# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RODNEY SINCLAIR POUGH, | Civil Action No. 7:10-cv-00105 |
|     Petitioner, | |
| v. | **ORDER** |
| GENE JOHNSON, | By: Hon. Jackson L. Kiser |
|     Respondent. | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed; all pending motions are **DENIED as moot**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 8th day of April, 2010.

Senior United States District Judge